IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| NOVEN PHARMACEUTICALS, INC, <br><br> Plaintiff, <br><br> v. <br><br> AMNEAL PHARMACEUTICALS LLC, <br><br> Defendant. | C.A. No. 18-699-LPS <br><br> REDACTED - PUBLIC VERSION |

**DECLARATION OF STEVEN A. MADDOX IN SUPPORT OF DEFENDANT AMNEAL PHARMACEUTICALS LLC'S MOTION FOR DECLARATION OF EXCEPTIONAL CASE AND AWARD OF ATTORNEY FEES UNDER 35 U.S.C. § 285**

*Of Counsel:*

MADDOX EDWARDS, PLLC
Steven A. Maddox
Jeremy J. Edwards
Anthony H. Son
Matthew C. Ruedy
Kaveh V. Saba
1900 K ST NW, Suite 725
Washington, DC 20006
(202) 830-0707
smaddox@meiplaw.com
jedwards@meiplaw.com
ason@meiplaw.com
mruedy@meiplaw.com
ksaba@meiplaw.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

*Counsel for Defendant*
*Amneal Pharmaceuticals LLC*

Dated: November 20, 2020

Redacted: November 30, 2020

I, Steven A. Maddox, declare as follows:

1. I am over the age of 21 and competent to make this declaration. I have personal knowledge of the facts stated herein to the best of my knowledge and recollection or understand them to be true from members of my litigation team or other professionals within Maddox Edwards PLLC, or from attorneys at Young Conaway Stargatt & Taylor, LLP.

2. I am a Partner with the law firm of Maddox Edwards PLLC ("Maddox Edwards"). My firm and I, along with attorneys from the law firm of Young Conway Stargatt & Taylor, LLP ("Young Conaway"), are counsel for Defendant Amneal Pharmaceuticals LLC ("Amneal") in the above-entitled action. My firm and Young Conaway have been counsel to Amneal since the inception of this lawsuit, and I personally was the lead attorney throughout. It is in that capacity that I obtained knowledge of the facts described herein.

3. I have worked for Maddox Edwards since its founding in 2015, practicing patent litigation as well as complex commercial litigation. Prior to starting Maddox Edwards, I was a partner at various large law firms, including, but not limited to, McKenna Long & Aldridge LLP, Knobbe Martens, Foley & Lardner, LLP, Gray Cary Ware & Reidenrich LLP, and McDermott Will & Emery. For the past 20 years, my practice has primarily involved representing generic pharmaceutical companies accused of infringement pursuant to the Hatch Waxman Act. I have tried numerous Hatch Waxman cases during my career, including several cases in the District of Delaware.

4. Through my practice and experience, I am familiar with the normal and customary fees charged for legal services in the District of Delaware considering the time expended, the amount in controversy, the complexity of the case, the experience, reputation, ability and billing rates of the attorneys and staff involved, the expertise involved, and other

relevant criteria. *See, e.g., Route1 Inc. v. AirWatch LLC*, C.A. No. 17-331-KAJ, 2020 WL 1955436 (D. Del. Apr. 23, 2020). I am also aware of other court opinions issued by the United States District Court for the District of Delaware, the United States Court of Appeals for the Federal Circuit, and other courts governing the award of fees in cases such as this. I am knowledgeable of the fees and work required to litigate a case such as this to final judgment.

5. ███████████████████████████████████████████████████████████████
███████████████████████████████. Based on a review of the invoices from Maddox Edwards, I estimate that, ███████████████████████████████████████████
█████████████ in attorney fees from Maddox Edwards. A true and correct summary chart showing the total amount of attorney fees billed to Amneal by Maddox Edwards in this matter, including the identification of each attorney and support staff involved in this matter, billing rates, and total hours, is attached hereto as Exhibit 1. ████████████████████████
████████████

6. In addition, based on consultation with attorneys at Young Conaway, ████████
██████████████████████████████████████████████████████████████████
███████████████████████████████████████████ Based on consultation with attorneys at Young Conaway, I estimate that, █████████████████████████████
██████████████████████████████████████████████████████████████████
███████████████████████████.[1] A true and correct summary chart showing the total amount of attorney fees billed to Amneal in this matter by the foregoing timekeepers by Young Conaway, including the identification of each attorney and support staff ██████████████████

---

[1] ██████████████████████████████████████████████████████████████████
████████████████████████████

███████, billing rates, and total hours, is attached hereto as Exhibit 1.

7. ████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████

8. Attached as Exhibit 2 are biographies of the attorneys who billed time on this case and for whom Amneal seeks to recover fees.

9. Based on my practice and experience, the fees described herein were, are, and will be reasonably and necessarily incurred in defending this case.[2] I believe that the total amount of fees is extremely reasonable for a case of this nature considering all of the legal issues and briefing that were required. The fees are also appropriate for the skill level of the attorneys involved, the complexity of the case, and the normal and customary fees charged for patent litigation in the District of Delaware.

10. Based on my practice and experience, the fees incurred while defending this case are reasonable. For example, the 2019 economic survey of the American Intellectual Property Law Association (AIPLA) estimates that the cost of litigating a patent case with more than $25 million at risk through trial to be approximately $4.0 million. *See* Exhibit 3, Am. Intellectual Prop. Law Ass'n Law Practice Mgmt. Comm., *Report of the Economic Survey* 50 (2019). While no damages were at issue in this Hatch Waxman litigation, and arguably the amount at risk was significantly higher in view of the drug product at issue, ████████████████████████

████████████████████████████████████████████████████████████

---

[2] Amneal will continue to incur fees through the conclusion of briefing on its Motion for Declaration of Exceptional Case and Award of Attorney fees Under 35 U.S.C. § 285 ("Motion") and will supplement its fee submissions if the Motion is granted.

3

Plaintiff,[3] this survey supports the reasonableness of the amount of fees.

11. I understand that the Advisory Committee Notes to Fed. R. Civ. P. 54 contemplates that additional documentation of fee expenditures and a more precise numerical figure will be provided pursuant to additional briefing at the Court's instruction.

12. In addition, attached as Exhibit 4 to this declaration is a true and correct copy of the public version of this Court's ruling, denying Plaintiff Noven Pharmaceuticals, Inc.'s application for a temporary restraining order in *Noven Pharmaceuticals, Inc. v. Mylan Technologies Inc.*, C.A. No. 17-1777-LPS, D.I. 178, Memorandum Order (D. Del. Aug. 20, 2018).

I declare under penalty of perjury that the foregoing is true and correct.

_____
Steven A. Maddox

Date: November 20, 2020

---

[3] Exhibit 5, *Noven Pharmaceuticals, Inc. v. Actavis Laboratories UT, Inc., et al.*, C.A. No. 15-249-LPS, Opinion (D. Del. Dec. 22, 2017) at ¶ 127.

4

## CERTIFICATE OF SERVICE

I, Anne Shea Gaza, Esquire, hereby certify that on November 30, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to all registered participants.

I further certify that on November 30, 2020, I caused the foregoing document to be served by e-mail on the following counsel of record:

> John G. Day
> Andrew C. Mayo
> ASHBY & GEDDES
> 500 Delaware Avenue, 8th Floor
> P.O. Box 1150
> Wilmington, DE 19899
> jday@ashbygeddes.com
> amayo@ashbygeddes.com
>
> FOLEY & LARDNER LLP
> Firm-Noven-Minivelle@foley.com
>
>
> *Attorneys for Plaintiff*

Dated: November 30, 2020         YOUNG CONAWAY STARGATT
                                            & TAYLOR, LLP

                                           */s/ Anne Shea Gaza*
                                            Anne Shea Gaza (No. 4093)
                                            Samantha G. Wilson (No. 5816)
                                            Rodney Square
                                            1000 North King Street
                                            Wilmington, DE 19801
                                            (302) 571-6600
                                            agaza@ycst.com
                                            swilson@ycst.com

                                            *Attorneys for Defendant*

23210019.1